# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LAURA A. L'HERISSON

VERSUS

DAVID SPRING AND JENNIFER
SPRING

NO. 2020 CW 0003

**MAR 0 3 2020**

---

In Re:    Laura A. L'Herisson, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 648,667.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

**WRIT GRANTED.** The provisions of the Louisiana Code of Civil Procedure are not to be construed as an end in themselves and should be construed liberally so as to implement the substantive law. La. Code Civ. P. art. 5051. Thus, amendment of the pleadings should be liberally allowed, providing the movant is acting in good faith; the amendment is not sought as a delaying tactic; the opponent will not be unduly prejudiced and trial of the issues will not be unduly delayed. **Beard v. Circle K, Inc.,** 554 So.2d 825, 826 (La. App. 1st Cir. 1989). Therefore, as the allegations contained in plaintiff, Laura A. L'Herisson's, original and prior amended petitions were sufficient to put defendants, David Spring and Jennifer Spring, on notice that plaintiff was seeking recovery for property damages resulting from the alleged increased water runoff and elevation change from the Springs' property, the Third Amending and Supplemental Petition creates no surprise or prejudice to the defendants. Accordingly, the district court's December 2, 2019 judgment, denying L'Herisson's Motion for Leave to File Third Amending and Supplemental Petition, is reversed. Plaintiff, Laura A. L'Herisson is granted leave to file her Third Amended and Supplemental Petition with the district court.

**VGW**
**JMG**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

_DEPUTY CLERK OF COURT_
_FOR THE COURT_

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.